**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Omar Herman BACCA–BELTRAN,
Defendant-Appellant.**

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Robert CHEMALY,
Defendant-Appellant.**

**Nos. 82–6161, 83–5065.**

United States Court of Appeals,
Eleventh Circuit.

June 6, 1985.

Theodore Sakowitz, Federal Public Defender, Gary S. Pont, Asst. Federal Public Defender, Donna R. Rougeux, Miami, Fla., for O.H. Bacca-Beltran.

Stanley Marcus, U.S. Atty., Linda Collins Hertz, Lawrence H. Sharf, David O. Leiwant, Asst. U.S. Attys., Miami, Fla., for plaintiff-appellee.

Rosen & Rosen, P.A., Lawrence N. Rosen, Miami, Fla., for R. Chemaly.

## ON SUA SPONTE RECONSIDERATION

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HENDERSON, HATCHETT, ANDERSON, and CLARK, Circuit Judges.

BY THE COURT:

On the Court's own motion, and a majority of the judges of this court in active service having voted in favor thereof,

It is ORDERED that the order entered December 18, 1984 granting a rehearing en banc in these appeals is hereby VACATED. The opinions of the panel in these causes filed September 20, 1984 are hereby REINSTATED. The mandate shall issue forthwith.